**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>TIMOTHY R FREEMAN<br>TERESA M FREEMAN<br>232 LONG PEEPLES ROAD<br>DANIELSVILLE, GA  30633 | **CHAPTER 13**<br><br>**Case Number:** 10-30350-JPS<br><br><br>**ATTORNEY:**  ERNEST V. HARRIS |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $592.03 in unclaimed funds on behalf of the above-referenced debtors.  The last known address for the creditor is as follows:

Athens Urological Assoc
957 Baxter Street
Athens, GA 30606

**DATED:** March 12, 2015

/s/ Camille Hope
_____

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**